**Arlene BUTTERS; Richard Butters, In the Estate of David Butters by and through Arlene and Richard Butters on Behalf of Themselves and the Estate of David Butters, Appellants,**

v.

**David H. ASH, Judge, Circuit Court of Pike County, Probate Division; Pike County Probate Court, Circuit Court of Pike County; McIlroy and Millan Law Firm; Nina Long, Public Administrator; Community State Bank, Appellees.**

No. 09–2557.

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2010.

Filed: April 22, 2010.

Arlene Butters, Bowling Green, MO, pro se.

Richard Butters, Jefferson City, MO, pro se.

Susan M. Schwartzkopf, R.C. Wuestling, IV, Wuestling & James, Bradley Russell McDill, Daniel J. McNamee, King & Krehbiel, St. Louis, MO, Jason S. Leiker, David W. White, Foland & Wickens, Kansas City, MO, for Appellees.

Before RILEY,[1] Chief Judge, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Missouri inmate Richard Butters and his wife Arlene Butters appeal the district court's[2] dismissal of their 42 U.S.C. § 1983 complaint alleging a conspiracy to "rob and loot" the estate of David Butters, Richard Butters's father. Upon careful de novo review, *see Hodak v. City of St. Peters,* 535 F.3d 899, 903 (8th Cir.2008) (de novo review of determination as to plaintiff's standing); *Schaaf v. Residential Funding Corp.,* 517 F.3d 544, 549 (8th Cir.2008) (de novo review of grant of motion to dismiss); *Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review of dismissal under 28 U.S.C. § 1915A), we find no reversible error. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

2. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.